No. 478. RIGGS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 479. LAMBORN *v.* SAME;

No. 480. LOGAN *v.* SAME;

No. 481. LINDGREN *v.* SAME. November 11, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. B. McCawley* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.